# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                      )<br>                  Plaintiff, )<br>vs.                          )<br>                                      )<br>ANCIENT CREATIONS, INC., )<br>                                      )<br>                  Defendant. )<br>                                      ) | Case No.: 2:14-cv-01519-GMN-GWF<br><br>**ORDER** |

      Pending before the Court is the Report and Recommendation of United States Magistrate Judge George Foley Jr., (ECF No. 19), which recommends that Plaintiff's Motion for Default Judgment (ECF No. 18) be **GRANTED**.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1–4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3–2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3–2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g., United States v. Reyna–Tapia,* 328 F.3d 1114, 1122 (9th Cir. 2003).

      Here, no objections were filed, and the deadline to do so has passed.

      Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 19) is **ACCEPTED and ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is awarded $454,062.21 in principal, an FMS 30% fee of $136,218.67 pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), a DOJ 3% fee of $18,256.11 pursuant to 28 U.S.C. § 527 and interest at the Wall Street Journal prime rate as of September, 2014 of 3.25% plus 1.50% equal to 4.75% for accrued interest of $18,210.47, for a total of $626,747.46.

The Clerk of the Court shall enter judgment accordingly.

**DATED** this __25__ day of January, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge